UNITED STATES DISTRICT COURT
EASTERN DISTRICTOF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STANLEY PACE, an individual | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 4:17-cv-00518 |
| | : |
| CONSTELLATION BRANDS, INC., | : |
| A New York Corporation, and its wholly | : |
| owned subsidiary RUFFINO SRL | : |
| | : |
| Defendant. | : |

## DECLARATION OF PAUL FAWELL

My name is Paul Fawell.  I am of sound mind, capable of making this Declaration, and personally acquainted with the facts herein stated which are true.

I am the Custodian of Records of SEDO.COM, LLC.  These said __1__ pages of records are kept by SEDO.COM, LLC in the regular course of business, and it was the regular course of business of SEDO.COM, LLC for an employee or representative of SEDO.COM, LLC, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The records attached hereto are the original or exact duplicates of the original.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on the __27th__ day of __November__, 2017.

_____
PAUL FAWELL

Declaration of Paul Fawell          **Exhibit 1**          Page 1

**Bid thread for the domain "rufino.com"**

---

**Current status:**   Bid rests with the seller. The offer is no longer binding.

**Bid thread process:**

| Date: | Status: | Bid: | Comment: | Reminders: | Last Email: |
|---|---|---|---|---|---|
| 2017-04-12 19:49:59 | Seller's Price Suggestion | | | -- | -- |
| 2017-04-12 19:49:59 | Prospective buyer's bid | 500 USD | | 3 | 2017-04-26 02:31:44 |
| 2017-10-07 01:05:38 | Seller's bid | 94,000 USD | | 3 | 2017-10-21 02:30:32 |

---

| **Seller:** (10.00% Commission) | | **Buyer:** bid referred from Sedo Website Channel | |
|---|---|---|---|
| Member ID: | 416053 | Member ID: | 3149456 |
| Organization: | -- | Organization: | -- |
| Name: | Pace | Name: | Rannells |
| First name: | Stanley | First name: | John |
| Language: | e | Language: | e |
| Street: | 4700 Nantucket Ct | Street: | 3 Bridle Path Lane |
| City: | 75022 Flower Mound | City: | 08827 Hampton |
| Country: | United States | Country: | United States |
| Phone: | 310-948-7284 | Phone: | +1 9083002239 |
| Fax: | ---- | Fax: | ---- |
| Email: | lorinpace@gmail.com | Email: | jmrspirit@gmail.com |

**Delete the bid thread:**

**Please select Reason!**



Please note: The records will be irrevocably deleted!

Delete the bid thread!