## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| STANLEY PACE, an individual | § § | |
| Plaintiff, Counter Defendant | § § | Case No. 4:17-cv-00518 |
| v. | § § | |
| CONSTELLATION BRANDS, INC., a New York Corporation, and its wholly owned subsidiary RUFFINO S.r.L. | § § § § | |
| Defendants, Counter Plaintiffs | § § | |

## MOTION TO APPEAR AT HEARING BY TELEPHONE

NOW COMES Howard Neu, Esq., attorney for the Plaintiff, Stanley Pace, and files this Motion to Appear at Hearing by Telephone, and in support thereof would respectfully show as follows:

1. Movant is lead counsel for Plaintiff, Counter-defendant Stanley Pace and has been admitted *pro hac vice* by this Honorable Court to represent Plaintiff, Counter-Defendant in this case.

2. Movant has associated Darin Klemchuk and Brian Casper of the Law Firm of KLEMCHUK LLP as co-counsel in this case.

3. This Court has set a Hearing date of December 7, 2017, at which time the Defendants' Counter-Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction will be heard.

4. Darin Klemchuk and/or Brian Casper of the Law Firm of KLEMCHUK LLP will be in attendance at said Hearing to represent the Plaintiff Counter-Defendant.

5. Movant is a Florida attorney with offices in Broward County, Florida and would like to appear by telephone at said Hearing.

WHEREFORE, Movant prays that he will be allowed to attend the Hearing scheduled for December 7, 2017, by telephone.

Respectfully submitted,

/s/ Howard Neu
LAW OFFICE OF HOWARD NEU, P.A.
Howard Neu (Florida Bar No. 108689)
Admitted Pro Hac Vice
howard@neulaw.com
4839 S.W. Volunteer road
Suite 512
Southwest Ranches, Florida 33330
Telephone: 954-662-1816
Facsimile: 954-337-2324
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of Texas, Sherman Division, using the electronic case filing system of the Court.

/s/Howard Neu
Howard Neu