**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**Date**: **2/15/18 1:30 pm**

| | |
|---|---|
| **UNITED STATES MAGISTRATE JUDGE** | **COURT REPORTER**: Digital Recording Plano 108 |
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY**: Bonnie Sanford |

**Rule 16 Management Conferences**

| Case No. | Style | Attorneys | |
|---|---|---|---|
| **4:17cv518** ALM/KPJ | **Pace** v **Constellation Brands, Inc.** | **PLF**: Howard Neu  **DEF**: Christian Dennie | Referral |
| **4:17cv558** ALM/KPJ | **Sparrow Barns & Events, LLC** v **The Ruth Farm, Inc.** | **PLF**: Chelsie Spencer  **DEF**: Evan Stone | Referral Jury |
| **4:17cv599** ALM/KPJ | **Paul** v **Cisco Systems, Inc.** | **PLF:** Stephanie Cleveland  **DEF**: Earl Myers Jones | Referral Jury |
| **4:17cv759** ALM/KPJ | **Dalrock Management, Inc.** v **Capitol Specialty Insurance Corporation** | **PLF:** Anthony Clarkson  **DEF**: Ellen Van Meir, Wesley Nute, Jr. | Referral Jury |
| **4:17cv809** ALM/KPJ | **75 Central Realty, LLC** v **Mount Vernon Fire Insurance Company, et al** | **PLF**: Hunge Klein  **DEF**: Daniel Buechler | Referral Jury |

**On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas: Rule 16 Management Conferences**.

1:39 pm    Court opens.  The court addresses all counsel for the cases.

1:40 pm    The court addresses pretrial management scheduling.

1:42 pm    The court addresses discovery disputes. The court directs parties to not file motions to compel for discovery disputes, rather call the law clerk assigned to the case, with the issue/dispute.

| | |
|---|---|
| 1:44 pm | The court addresses protective orders.  The court refers counsel to the version and other orders on the court's website. |
| 1:45 pm | The court addresses mediation, submitting an agreed mediator and setting a mediation deadline. |
| 1:46 pm | Court advises parties of the availability of court-held mediation, if all parties agree to and want to participate in court-held mediation. |
| 1:49 pm | 4:17cv809 - Court calls the case.  Counsel makes announcement. |
| 1:50 pm | Court and counsel discuss jurisdiction and damages. |
| 1:51 pm | Court addresses the selection of a mediator and the need for protective order. |
| 1:51 pm | Mr. Buechler addresses the court regarding an error of a vacation date in the scheduling order. |
| 1:52 pm | Both counsel address the need for a 502 order.  Counsel indicates they would like the language included in the scheduling order. |
| 1:54 pm | The court discusses dates and deadlines and makes adjustments. |
| 1:55 pm | Counsel agrees to have discovery deadline 1 week before dispositive deadline. |
| 1:56 pm | Court recessed as to case 4:17cv809. |
| 1:57 pm | 4:17cv759 - Court calls the case.  Counsel makes announcement. |
| 1:57 pm | The court reviews the scheduling order. |
| 1:58 pm | The court will include the 502 order in the scheduling order. |
| 1:59 pm | Court discusses mediator. |
| 1:59 pm | The court discusses dates and deadlines and makes adjustments. |
| 2:00 pm | The court makes adjustment to the discovery and dispositive deadline. |
| 2:02 pm | The court will issue a scheduling order. |
| 2:03 pm | Court recessed as to 4:17cv759. |
| 2:03 pm | 4:17cv558 - Court calls the case.  Counsel makes announcement. |
| 2:04 pm | Court and counsel discuss initial disclosures. |

| | |
|---|---|
| 2:05 pm | Court discusses mediator. Counsel will jointly agree on mediator. |
| 2:05 pm | Both parties agree to consent to trial before Magistrate Judge Priest Johnson. |
| 2:06 pm | Counsel is instructed to submit a proposed scheduling order. |
| 2:07 pm | Court recessed as to 4:17cv558. |
| 2:08 pm | 4:17cv599 - Court calls the case. Counsel makes announcement. |
| 2:08 pm | The court will grant the motion for modification of mediation deadline. |
| 2:08 pm | Counsel addresses the court regarding missing/destroyed documents. |
| 2:10 pm | Court instructs and gives leave for counsel Ms. Cleveland to file a motion as she sees fit. |
| 2:11 pm | Court addresses protective order. |
| 2:11 pm | Court will issue scheduling order with mediation as requested by parties. |
| 2:12 pm | The court will enter an amended scheduling order with agreed changes. |
| 2:13 pm | Defense informs the court they intend to file motion to compel arbitration in the next week. |
| 2:13 pm | Court recessed as to 4:17cv599. |
| 2:14 pm | 4:17cv518 - Court calls the case. Counsel makes announcement. |
| 2:15 pm | Court and counsel discuss discovery/documents. |
| 2:16 pm | Court discusses protective order. |
| 2:17 pm | Defense requests 502 language in scheduling order. Plaintiff is not opposed. |
| 2:18 pm | Court will give counsel more time to agree on a mediator. |
| 2:19 pm | Counsel agree to a bench trial. |
| 2:19 pm | Court discusses deadlines and dates. |
| 2:20 pm | The court will issue a scheduling order. |
| 2:21 pm | Plaintiff counsel addresses the court regarding protective order. |
| 2:22 pm | Court recessed. |