# UNITED STATES DISTRICT COURT
## EASTERN DISTRICTOF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **STANLEY PACE, an individual** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 4:17-cv-00518** |
| | : | |
| **CONSTELLATION BRANDS, INC.,** | : | |
| **a Delaware Corporation, and its wholly** | : | |
| **owned subsidiary RUFFINO S.r.L.** | : | |
| | : | |
| **Defendant.** | : | |

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Stanley Pace, Constellation Brands, Inc., and Ruffino S.r.L. hereby stipulate to the dismissal of all claims and counterclaims, with prejudice, with each party responsible for their own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| BARLOW GARSEK & SIMON, L.L.P. | KLEMCHUK, L.L.P. |
| 920 Foch Street | 8150 N. Central Expressway, 10th Floor |
| Fort Worth, TX 76107 | Dallas, TX  75206 |
| 817.731.4500 | 214.367.6000 |
| 817.731.6200 – Facsimile | 214.367.6001 – Facsimile |

BY: */s/ Christian Dennie*                          BY: */s/ Brian Casper*                         
    **Christian Dennie**                  **Darin M. Klemchuk**
    TX State Bar No. 24045775       TX State Bar No. 24002418
    cdennie@bgsfirm.com             darin.klemchuk@klemchuk.com
    **Paul J. Vitanza**                    **Brian Casper**
    TX State Bar No. 24028100       TX State Bar No. 24075563
    pvitanza@bgsfirm.com            brian.casper@klemchuk.com

| | |
|---|---|
| BAKER AND RANNELLS, P.A. | LAW OFFICES OF HOWARD NEU |
| 92 East Main Street, Ste. 302 | 4839 S.W. Volunteer Road, Ste. 512 |
| Somerville, NJ  08876 | Southwest Ranches, FL  33330 |
| 908.722.5640 | 954.662.1816 |
| 908.725.7088 – Facsimile | 954.337.2324 – Facsimile |

BY: */s/ Stephen. L. Baker*                         BY: */s/ Howard Neu*                         
    **Stephen L. Baker**              **Howard Neu**
    NY State Bar No. 1743236*      FL State Bar No. 108689*
    s.baker@br-tmlaw.com           howard@neulaw.com

*ATTORNEYS FOR DEFENDANTS*       *ATTORNEYS FOR PLAINTIFF*
*AND COUNTER-PLAINTIFFS*     *AND COUNTER-DEFENDANT*

**\***Admitted Pro Hac Vice            **\***Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

      I certify that on October 30, 2018, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of the Court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record by electronic means.

                                          */s/ Christian Dennie*                         
                                          Christian Dennie